CASHCALL, INC.; J. PAUL REDDAM, INDIVIDUALLY; WESTERN SKY FINANCIAL, LLC; MARTIN A. WEBB, INDIVIDUALLY; AND DOE, DOING BUSINESS AS WS FUNDING, LLC,

        Petitioners,

v.

OFFICE OF FINANCIAL REGULATIONS,

        Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3438

Opinion filed November 3, 2016.

Petition to Review Non-Final Agency Action.

Katherine E. Giddings and Thomas A. Range, Akerman LLP, Tallahassee; Christopher S. Carver, Akerman LLP, Miami, for Petitioners.

Scott R. Fransen, Assistant General Counsel, Office of Financial Regulation, Tallahassee; Jennifer Leigh Blakeman, Assistant General Counsel, Office of Financial Regulation, Orlando, for Respondent.

PER CURIAM.

        DENIED.

ROBERTS, C.J., JAY, and M.K. THOMAS, JJ., CONCUR.